# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 3/25/2024
>
> The deadline to file the joint letter and a Proposed Case Management Plan & Scheduling Order shall be determined following the outcome of mediation.

**VIA EMAIL**
Honorable Vernon Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Yelena Mitelman v. VILLAGECAREMAX, et al.**
    **Case No.: 1:23-cv-10480**

Dear Judge Broderick:

The undersigned represents Plaintiff Yelena Mitelman ("Plaintiff") in the above-referenced matter. We write to request an extension of time to file a joint letter and a Proposed Case Management Order and Scheduling Order. This is Plaintiff's first request.

On March 13, 2024, Your Honor ordered the parties to submit a joint letter and a Proposed Case Management Order and Scheduling Order by March 28, 2024 (Dkt. 17). However, in light of the Court's referral to mediation (Dkt. 18), Plaintiff requests that the deadline to submit a joint letter and Proposed Case Management Order and Scheduling Order be extended to a date after mediation. Defendants do not oppose this request.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

By: /s/ Siobhan Klassen
    **Siobhan Klassen, Esq.**

cc: All Counsel of Record (via ECF)